RECEIVED
IN LAKE CHARLES, LA

DEC - 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| NORRIS THOMAS | CIVIL ACTION NO. 04-2226 |
| VS. | SECTION P |
| GEO GROUP, ET AL. | JUDGE MINALDI |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITHOUT PREJUDICE** under 42 U.S.C. §1997e for plaintiff's failure to exhaust available administrative remedies prior to the filing of suit.

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this ____ day of _____, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE